UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Stacie A. Jarvey, | **Civil File No. 09-cv-2095 PAM/JSM** |
| Plaintiff, | |
| vs. | **ORDER** |
| Affiliated Credit Services, | |
| Defendant. | |

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                          **BY THE COURT**

Dated: November 17, 2009

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of United States District Court